**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jose Luis ORTIZ–HERNANDEZ,
Defendant—Appellant.**

**No. 04–30049.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 10, 2005.*

Decided Sept. 14, 2005.

George W. Breitsameter, Esq., USBO— Office of the U.S. Attorney, Boise, ID, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Greg S. Silvey, Esq., Boise, ID, for Defendant–Appellant.

Before BEEZER, HALL, and SILVERMAN, Circuit Judges.

ORDER and MEMORANDUM **

The petition for panel rehearing is GRANTED. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R.App. P. 35. The petition for rehearing en banc is denied.

The Memorandum Disposition filed January 14, 2005, is WITHDRAWN and replaced with the following Memorandum Disposition:

Jose Luis Ortiz–Hernandez appeals his guilty plea conviction and 46–month sentence imposed for illegal re-entry, in violation of 8 U.S.C. § 1326(a) and (b)(2).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Ortiz–Hernandez has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We affirm the conviction. Because the guidelines are now purely advisory, *see United States v. Booker,* — U.S. —, — – —, 125 S.Ct. 738, 764–67, 160 L.Ed.2d 621 (2005), we remand to the district court for the limited purpose of determining if Ortiz–Hernandez should receive a different sentence under the advisory Guidelines system. *See United States v. Ameline,* 409 F.3d 1073, (9th

Cir.2005) (en banc); *see also United States v. Hermoso–Garcia,* 413 F.3d 1085, 1089–90 (9th Cir.2005).

Counsel's motion to withdraw as counsel on appeal is denied.

The conviction is AFFIRMED, and the sentence is REMANDED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.